IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK THOMAS GRUNAU,

          Petitioner,

vs.

HILL, Warden,

          Respondent.

No. C 12-1763 WHA (PR)

**ORDER OF DISMISSAL**

     Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of certiorari. The cover sheet of the petition indicates that he intended to file it in the United States Supreme Court, not in the district court. Indeed, the petition challenges the denial of his petition for a writ of habeas corpus on November 9, 2011. *See Grunau v. Hill*, No. 10-5648 WHA (PR) (N.D. Cal.). Consequently, the instant petition is **DISMISSED**. The clerk shall enter judgment and close the file, and shall mail the petition for a writ of certiorari to the Clerk of the United States Supreme Court.

     **IT IS SO ORDERED.**

Dated: April   26  , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.12\GRUNAU1763.DSM.wpd